UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JUSTIN ROBERT CHRISTENSEN,<br><br>            Defendant. | CR19-40003-01<br><br>FACTUAL BASIS STATEMENT |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Justin Robert Christensen.

Beginning on an unknown date and continuing until approximately February 5, 2019, I, along with at least one other person, reached an agreement or came to an understanding to distribute 500 grams or more of a mixture or substance containing methamphetamine in the District of South Dakota.

I voluntarily and intentionally joined in the agreement or understanding to distribute methamphetamine.

At the time I joined in the agreement or understanding to distribute methamphetamine, I knew the purpose of the agreement or understanding.

While I was actively involved in furthering the purpose of the agreement or understanding, I could foresee that the quantity of methamphetamine

involved in the agreement or understanding exceeded 500 grams of methamphetamine.

As part of my involvement in the conspiracy, I used the Dark Web to purchase methamphetamine and had it mailed to me in South Dakota. I distributed the methamphetamine to co-conspirators, who then sold it to drug customers in South Dakota and elsewhere. I knew that my co-conspirators were redistributing the methamphetamine based on conversations we had.

From an unknown date and continuing until on or about November 7, 2018, I, along with at least one other person, reached an agreement or came to an understanding to conduct financial transactions affecting interstate and foreign commerce by depositing proceeds from the conspiracy to distribute 500 grams or more of a mixture or substance containing methamphetamine into my bank accounts. I knew that these transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the methamphetamine conspiracy, and that while conducting these financial transactions, I knew that the cash involved in these transactions were the proceeds from the methamphetamine conspiracy.

A co-conspirator and I deposited the cash proceeds from the methamphetamine sales into accounts in South Dakota banks and would then purchase Bitcoin through a Coinbase account. This was done in whole or in part to conceal or disguise the control of the proceeds, and so that I could use the proceeds to purchase additional controlled substances, including

methamphetamine, through the Dark Web, all in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and (h).

Additionally, on August 5, 2013, I was convicted of manufacturing a controlled substance in the Second Judicial Circuit Court, Minnehaha County, South Dakota.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing, including additional drug quantities, may be developed and attributed to the Defendant for sentencing purposes.

RONALD A. PARSONS, JR.
United States Attorney

September 10, 2019
Date

Jennifer D. Mammenga
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2361
Facsimile: (605)330-4410
E-Mail: jennifer.mammenga@usdoj.gov

9-9-19
Date

Justin Robert Christensen
Defendant

9 Sep 2019
Date

Edward P. Angel
Attorney for Defendant

[3]